# AFFIDAVIT OF SPECIAL AGENT CATHERINE BROOMFIELD IN SUPPORT OF A CRIMINAL COMPLAINT

I, Catherine Broomfield, being duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.	I am a Special Agent of the Federal Bureau of Investigation ("FBI") currently assigned to the Boston, Massachusetts Field Office. I have been employed as a Special Agent since May 2018. I am currently tasked with the investigation of economic crimes, including wire fraud, bank fraud, money laundering, bankruptcy fraud, and mortgage fraud. I have received on-the-job training as well as FBI-sponsored training on these types of investigations. My investigations and training have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2.	This affidavit is submitted in support of a criminal complaint charging KEENAM PARK, also known as Kason Park, with wire fraud, in violation of 18 U.S.C. § 1343.

3.	This affidavit is submitted for the limited purpose of establishing probable cause to believe that PARK violated 18 U.S.C. § 1343. I have included only those facts I believe to be necessary to make this showing. Therefore, this affidavit does not include each and every fact known to me concerning this investigation. The following facts are based on my personal participation in this investigation, which includes interviews of witnesses, the review of documents, and conversations with other law enforcement officers.

## PROBABLE CAUSE

### Overview of the Fraud Scheme

4.	In October 2019, I became involved in the investigation of PARK, who is the President and Chief Executive Officer of K&B Education Group, LLC, doing business as EduBoston, a company with its principal office located at 161 Harvard Avenue, #12, Allston,

Massachusetts. Documents on file with the Secretary of the Commonwealth of Massachusetts show that EduBoston was established in or about May 2010 "to operate an educational institute, including educational consulting; private tutoring; and guardianship and school placement services…"[1] PARK is listed in the documents as the company's manager and resident agent.

5. From approximately 2010 to 2019, EduBoston partnered with private high schools across at least ten states, including Massachusetts, to recruit international students for enrollment, including but not limited to students from China, Vietnam, and Korea. EduBoston signed agency agreements with many (but not all) of the partnering schools, which contained representations that EduBoston would "assist in soliciting tuition and other fees" on behalf of the schools.[2] According to representatives of partnering schools, EduBoston was supposed to pay the international students' tuition in full prior to the start of each academic year.

6. Based on information and records obtained from students' family members, I am aware that students recruited by EduBoston (and/or their parents) typically signed an EduBoston enrollment contract, which outlined a payment schedule for new and returning students. According to the contract, students (and/or their parents) were to pay fees and tuition to EduBoston. Upon commitment to an EduBoston partnering school, new students were required to pay EduBoston a non-refundable deposit for tuition (to be paid to the partnering school by EduBoston) and fees (including a medical insurance fee, with medical insurance to be purchased by EduBoston on the student's behalf). The remaining balance was to be paid no more than seven days after the student successfully completed his or her interview to obtain a student visa. Returning students were

---

[1] Annual reports filed with the Secretary of the Commonwealth of Massachusetts reflect that PARK's wife, Sin Young Park, was also a manager of EduBoston from 2011 through 2019. According to the former general manager of EduBoston, PARK's wife did not do any work for the company.

[2] The agency agreements I have reviewed indicate a three-year term.

required to pay an initial deposit by February 15th for the upcoming academic year (*e.g.*, the initial deposit for the 2020-2021 academic year would be due February 15, 2020). The remaining balance was to be paid by April 1st of the same calendar year (*i.e.*, a month-and-a-half after the initial deposit).

7. Based on the investigation – including my review of bank records and records provided by parents of students enrolled at EduBoston partnering schools as well as interviews of witnesses – I am aware that PARK caused EduBoston to collect tuition and other payments from students' families for the 2019-2020 (*i.e.*, current) academic year, but failed to remit tuition payments to the partnering schools. In total, EduBoston collected over $5 million dollars from hundreds of students and their families, but instead of paying the students' tuition and expenses (including host family expenses and medical insurance), PARK used the funds on unrelated expenses, including personal expenses.

8. In addition, PARK caused EduBoston to begin collecting advance tuition and other payments for the 2020-2021 academic year. That is, instead of waiting until February 15, 2020 to collect the initial deposit for the 2020-2021 academic year, PARK began collecting funds for the 2020-2021 academic year in or about September 2019. PARK did this as part of an "early reenrollment program" EduBoston initiated in or around 2015 or 2016.

9. On or about September 26, 2019, EduBoston announced to partnering schools, students' families, and host families that the company would be going out of business effective immediately.

10. To date, PARK has failed to pay the tuition owed to EduBoston's partnering schools, advising them that EduBoston is unable to pay. PARK has also failed to respond to

inquiries from students' families regarding the return of their payments for the 2020-2021 academic year.

### CSIET

11.  According to representatives of the Council on Standards for International Educational Travel ("CSIET"), which evaluates and certifies international student exchange programs, CSIET accredited EduBoston for the 2019-2020 academic year on or about March 22, 2019. CSIET revoked the accreditation on or about September 27, 2019, after receiving a complaint from a partnering school that EduBoston was closing without remitting the tuition payments it had collected from enrolled students for the 2019-2020 academic year. Records received by CSIET from that school reflect that EduBoston's closure affects approximately 339 students enrolled in 38 schools across 12 states.

### Partnering School A

12.  On or about September 13, 2019, a high school located in Osterville, Massachusetts ("Partnering School A") filed a civil lawsuit against EduBoston and PARK, claiming that it had accepted international students recruited by EduBoston for the 2019-2020 academic year, but was never paid the balance of the tuition owed to it – $763,950.

13.  Representatives of Partnering School A have informed me that the school enrolled 22 students for the 2019-2020 academic year through EduBoston. Partnering School A received tuition deposits from EduBoston for each student in the amount of $5,000 ($110,000 total), but has not received the balance of the students' tuition payments due, in the amount of $763,950. On or about September 6, 2019, PARK met with officials of Partnering School A and told them that EduBoston was in a tight financial situation and was unable to make the outstanding tuition payments, but had hired a "distress team" to put together a "resolution package."

14.     Based on records obtained from Partnering School A and the mother of a Chinese student ("Individual A"), I am aware that Individual A enrolled her daughter at Partnering School A for the 2019-2020 academic year. Individual A told me that she prepaid EduBoston for her daughter's tuition and other expenses relating to her daughter's enrollment at Partnering School A for two academic years, 2019-2020 and 2020-2021. Partnering School A's tuition for international students is approximately $40,000 per year.

15.     Bank records show that on or about May 28, 2019, Individual A wired $72,375 from her Bank of China account to an account in the name of EduHup Education and Technology Group, Inc. ("EduHup"), an EduBoston-related company.[3] The remittance information for the wire reads "tuition," along with the name of Individual A's daughter. The following day, EduBoston issued a $5,000 check to Partnering School A, with the name of Individual A's daughter written in the memo line.

16.     Bank records show that on or about September 10, 2019, Individual A wired $66,650 from her Bank of China account to an account in the name of EduBoston, listing under remittance information her daughter's name and "…Tuition for 2020-2021."

17.     Although EduBoston paid a $5,000 deposit, both Individual A and Partnering School A have stated that the full 2019-2020 tuition for Individual A's daughter has not been paid to Partnering School A, and Individual A has stated that she has not received back from EduBoston any of the money she paid for the 2020-2021 academic year.

---

[3] Documents on file with the Secretary of the Commonwealth of Massachusetts show that EduHup was established in or about September 2017. Since in or about August 2018, PARK has been listed in the documents as the company's president, treasurer, secretary, and director.

5

### School B

18. A Chinese student enrolled, through EduBoston, at a high school located in Chestnut Hill, Massachusetts ("School B") for the current academic year (2019-2020). In prior years, the student had enrolled at School B through International Education Opportunities, a competitor of EduBoston that was acquired by EduBoston in 2018. The student's mother ("Individual B") signed an enrollment agreement with EduBoston on or about May 6, 2019.[4]

19. Bank records show that on or about April 30, 2019, Individual B wired $12,000 to an EduBoston account, listing under remittance information her daughter's name and "deposit."

20. On or about the same day, EduBoston invoiced Individual B for tuition for School B for the 2019-2020 academic year and other fees. The invoice reflects the original amount due of $70,025, $11,988 in payments received (presumably from the April 30, 2019 wire), and a balance due of $58,037, to be paid by June 26, 2019.

21. According to records provided by Individual B, on or about May 7, 2019, EduBoston paid $5,000 to School B, as a deposit for the student's tuition.

22. Bank records further show that on or about July 1, 2019, Individual B sent two separate wires to the same EduBoston account, one in the amount of $35,087 and one in the amount of $20,000. The remittance information for the first wire reads "tuition" and the name of Individual B's daughter, and "tuition" is handwritten in the remittance information for the second wire.

---

[4] Representatives of School B informed me that School B signed an agreement with International Education Opportunities in or about 2014. The representatives stated that School B did not sign any agreement with EduBoston and therefore does not consider itself to be an EduBoston partnering school.

23. Thereafter, Individual B received a letter from EduBoston dated September 26, 2019 – a copy of which I have reviewed – stating that EduBoston was going out of business "effective immediately."

24. According to information provided by Individual B, PARK told Individual B that he no longer had the money to pay School B the tuition owed for her daughter's attendance.

25. On or about October 1, 2019, Individual B filed a complaint against EduBoston with the Massachusetts Attorney General Consumer Advocacy and Response Division.

26. Based on information provided by Individual B, I am aware that around the same time, School B sent Individual B a letter requiring that she pay $5,000 per month to keep her daughter enrolled, despite Individual B having already paid tuition to EduBoston. Representatives of School B confirmed that Individual B is paying the school $5,000 per month.

### Partnering School C & "School Creditors" Meeting

27. On or about November 4, 2019, I participated in an interview of a representative from a high school located in Kingston, Massachusetts ("Partnering School C"), who provided the following information:

28. Partnering School C signed an agency agreement with EduBoston in 2016, in which it agreed to be a partnering school for three years. Tuition payments for the international students enrolled at Partnering School C through EduBoston were collected by EduBoston up front, to be paid by EduBoston to Partnering School C no later than the commencement of the academic year. Partnering School C has 15 students enrolled for the current (2019-2020) academic year through EduBoston. Partnering School C received from EduBoston deposits for several of these students and the full tuition for one student, but is still owed approximately $278,000 in tuition for the current academic year.

29. On or about September 6, 2019, officials from Partnering School C met with PARK, who stated that he had made poor business decisions and could not pay the tuition owed to the school, but had hired the consulting firm Honig Associates, Inc. to restructure EduBoston and to come up with a plan to pay partnering schools the tuition they were owed.

30. On or about September 13, 2019, PARK emailed a representative of Partnering School C an invitation – a copy of which I have reviewed – to attend a meeting of "school creditors" scheduled to take place on September 19, 2019. Included with the email invitation was a request to sign a non-disclosure agreement ("NDA"), requiring those in attendance at the meeting to keep the information shared by representatives of EduBoston confidential, as they intended "to make available to the School detailed information concerning the finances and business operations of Eduboston, including its owner and affiliates."

31. Representatives of Partnering School C attended the meeting on September 19, 2019, but did not sign the NDA. At the meeting, PARK, consultant Ross Honig, and attorneys for EduBoston told attendees, in sum and in substance, that PARK had mismanaged EduBoston's finances and commingled his personal finances with those of the company. Attendees were informed that PARK had used EduBoston funds to purchase homes in Massachusetts, California, and Korea (totaling more than $2.4 million), an Aston Martin luxury car, and to gamble. Attendees were further informed that PARK had lost over $4 million of EduBoston's money in two weeks of gambling, $1 million of which he lost in a span of 24 hours.

32. On or about September 21, 2019, Honig sent an email – a copy of which I have reviewed – to attendees of the September 19, 2019 meeting with the subject line, "Information presented and referred to at the meeting of creditors on 9-19-2019." In the body of the email, Honig wrote that one of four attachments to the email, titled "School Database," included "a list of each

school…and their tuition payment status sorted from amount currently due from high to low." That document reflects the total balance due as $5,192,330. The document lists a balance due to Partnering School A of $767,250, a balance due to School B of $49,000[5], and a balance due to Partnering School C of $278,000.

33.     Also attached to Honig's September 21, 2019 email was a document titled "Trended Financial Statements Complete," based on information "extracted from 2015 accountants workpapers and estimates," which reflects the following expenditures by PARK, among others: a 2013 house purchase in Korea for $600,000; a 2014 house purchase in Weston, Massachusetts for $1.8 million; and a $500,000 gift to a Korean church. The document also reflects capital losses, listed as short term trading losses, in the amount of $3.25 million.

34.     Also on or about September 21, 2019, Partnering School C received a letter on behalf of EduBoston – a copy of which I have reviewed – from the law firm Arent Fox LLP. The letter states as follows: "Just given the amount of money that the company disbursed for things other than tuition and program expenses over the past two to three years (as painfully detailed at the Meeting), and the size of the current cash flow short fall, it only stands to reason that, but for such disbursements, funds would have been available to keep the business operating profitably." The letter also states that "considering the disclosures at the Meeting, Kason [PARK] cannot be trusted to control the cash."

### Review of Bank Records

35.     Records for the accounts into which Individual A and Individual B wired funds to EduBoston (totaling $206,112) show that, after those payments were made, EduBoston did not

---

[5] As noted above, School B has required the student enrolled through EduBoston (Individual B's daughter) to make monthly tuition payments, despite the fact that Individual B already paid tuition directly to EduBoston.

make the full tuition payments due to Partnering School A or to School B[6], and to date, EduBoston has not refunded any amount to Individual A or Individual B. Rather, expenditures from the accounts include international wire transfers, ACH transfers, and expenses relating to advertising, utilities, credit card payments, retail vendors, state and federal taxes, vehicle expenses, and payments to various lenders and financial institutions.[7]

### Information Provided by the Former General Manager of EduBoston

36. As part of the investigation, I interviewed the former general manager of EduBoston, who provided the following information:

37. PARK handled all of EduBoston's finances. The former general manager said that it always concerned him that he had no access to the company's financial information.

38. In or about April 2019, PARK told the general manager that EduBoston was struggling financially and needed to downsize. The general manager thereafter presented PARK with a plan to downsize, and PARK agreed. However, PARK then told the general manager that instead he wanted to sell EduBoston so that the company's employees could keep their jobs and PARK could walk away with a little bit of money.

39. In or about June 2019, the general manager asked PARK if it was possible that EduBoston was not going to meet its financial obligations. When PARK said yes, the general manager told PARK that EduBoston needed to inform partnering schools and families right away.

---

[6] In addition to the $5,000 deposits paid to Partnering School A and School B, EduBoston made payments out of these accounts to other partnering schools.

[7] This information is from a preliminary financial analysis by the FBI of accounts into which Individual A and Individual B wired funds to EduBoston. Due to the number of EduBoston and related accounts and the volume of activity within those accounts, a comprehensive financial review and analysis is still pending.

PARK refused, saying that students would get hurt and parents would decide not to send their children to the United States.

40. Thereafter, PARK continued looking for a potential buyer to purchase EduBoston and tried to formulate a restructuring plan. When potential purchase deals fell through, PARK told the general manager that EduBoston's financial situation was much worse than PARK had originally let on.

41. In or about August 2019, the general manager learned that EduBoston was millions of dollars short of its payment obligations. He said that he did not know where the money went, given that all of the money for the year had been collected already. He said he again advised PARK that the families needed to be notified. He said PARK responded that EduBoston would start notifying everyone in 24 hours. When that did not happen, the general manager confronted PARK. According to the general manager, PARK told him that the "turn around team" he had hired would keep EduBoston going until PARK could sell the company, and that the early reenrollment program would keep the company afloat. The general manager said that he quit his job at EduBoston that same day.

42. EduBoston's former general manager said that he did not speak to PARK again until after the above-described meeting with school creditors. At that time, PARK told the former general manager that when EduBoston became successful, PARK lost sight of his principles, made bad decisions, and spent too much money. PARK also told the former general manager that he went to a casino in Connecticut on two occasions in an attempt to recover money for EduBoston, but instead lost over $3 million – $2 million on the first occasion and $1 million on the second.

43. The former general manager said that PARK led a lavish lifestyle. According to the former general manager, PARK bought an expensive house in Weston, a sports car, spent money dining out, and invested in the stock market.

## Conclusion

44. Based on my knowledge, training, and experience, and the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that PARK committed wire fraud, in violation of 18 U.S.C. § 1343.

Respectfully submitted,

Catherine Broomfield
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on November 25, 2019

Donald L. Cabell
United States Magistrate Judge