# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Keenam "Kason" Park | ) Case No. 19-mj-1423-DLC |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Keenam "Kason" Park                                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  Wire fraud (18 U.S.C. § 1343)

Date:     11/25/2019

                                                                                *Issuing officer's signature*

City and state:     Boston, Massachusetts                             Donald L. Cabell, U.S. Magistrate Judge
                                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                                *Arresting officer's signature*

                                                                                *Printed name and title*